Opinion issued January 26,
2012.








 



 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00789-CV

____________

 

okie foundation drilling co., inc., Appellant

 

V.

 

krystal thompson, individually and as representative of the estate
of michael s. thompson, timothy thompson and linda eggleston, Appellees

 

 

 



On Appeal from the 190th District Court 

Harris County, Texas

Trial Court Cause No. 2009-03503

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment which was signed on May 9, 2011.  On December 6, 2011, the parties filed a joint
motion to dismiss the appeal.  See Tex.
R. App. P. 42.1. 

We grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We dismiss any other pending motions as
moot.  We direct the Clerk to issue
mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Justices
Jennings, Massengale, and Huddle.